No. 346. ROBSON *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Horace S. Davis* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 348. TREADWELL ET AL., EXECUTORS, *v.* PUTNAM. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Bethuel M. Webster* and *C. Dickerman Williams* for petitioners. *Solicitor General Biggs* and *Mr. John T. Fowler, Jr.,* for respondent.

No. 350. WOLF *v.* BASS FURNITURE & CARPET Co. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. R. M. Rainey* and *Streeter B. Flynn* for petitioner. *Messrs. B. B. Blakeney* and *Hubert Ambrister* for respondent.

No. 374. DICKERSON *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Cedric F. Johnson* for petitioner. No appearance for the United States.

No. 414. CHANDLER, RECEIVER, *v.* MANIFOLD. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Colorado denied upon the ground that